NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

BEN A. PORTER
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8979
Facsimile: (415) 744-0134
E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID J. HYDE ) | Case No. 2:18-cv-01259-APG-DJA |
| Plaintiff, ) | |
| v. ) | **UNOPPOSED MOTION FOR EXTENSION OF TIME** (***FIRST REQUEST***) |
| ANDREW SAUL, ) Commissioner of Social Security,[1] ) | |
| Defendant. ) | |

Defendant Andrew Saul, Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Answer due on August 6, 2019, by thirty (30) days through and including September 5, 2019.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  See also section 205(g) of the Social Security Act, 42 USC 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

DEF EXTENSION - 2:18-cv-01259-APG-CWH        -1-

Good cause for this extension request exists as Defendant requires additional time in order to prepare a certified administrative record (transcript).  This is Defendant's first request for an extension in this case.  The motion is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on August 2, 2019.

Respectfully submitted this 2nd day of February 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Ben A. Porter*
BEN A. PORTER
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 19, 2019

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, Ben A. Porter, certify that the following individual was served with a copy of the |
| 3 | **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date and via the method of service |
| 4 | identified below: |

**CM/ECF:**

Cyrus Safa
Nevada Bar No: 13241
Law Offices of Lawrence D. Rohlfins
1263 I East Imperial Highway. Suite e - I 15
Santa Fe Springs. CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: steven.rosales@rohlfi nglaw.com

Gerald M. Welt
Attomey at Law: 1575
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 8910 I
Tel.: (702) 382-2030
Fax: (702) 684-5157
E-mail: gmwesq@weltlaw.com; kwp@weltlaw.com

Dated this 2nd day of August 2019.        */s/ Ben A. Porter*
                                          BEN A. PORTER
                                          Special Assistant United States Attorney

DEF EXTENSION - 2:18-cv-01259-APG-CWH        -3-